**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:09CR48** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **ROY LENOS-PAZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion to declare case complex and to enlarge time to file pretrial motions (Filing No. 61) and the motion for approval to engage expert services (Filing No. 62) by defendant Roy Lenos-Paz (Lenos-Paz).

Previously, the court extended the time to file all pretrial motions for all defendants in this matter to April 24, 2009 (Filing No. 56). The court has scheduled a Rule 17.1 conference with all counsel on April 30, 2009 at 2:00 p.m. (Filing No. 64). Any further extension of the pretrial motion deadline will be explored at the 17.1 conference. Accordingly, the motion to enlarge time to file pretrial motions (Filing No. 61) is denied as moot without prejudice.

Counsel appointed under the Criminal Justice Act may employ expert services in accordance with 18 U.S.C. § 3006A(e)(2) without prior request if the costs do not exceed $400. Requests for amounts in excess of $500 may be made ex parte by providing the court with a CJA Form 20 with the estimated expenses together with a justification for such expense. Lenos-Paz's motion (Filing No. 62) is denied as moot without prejudice.

**IT IS SO ORDERED.**

DATED this 22nd day of April, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge