IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR48 |
| | ) | |
| v. | ) | |
| | ) | |
| ROY LENOS-PAZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for reduction of sentence pursuant to the November 1st, 2010, amendments to U.S.S.G. (Filing No. 167). The Court finds plaintiff should file a response to said motion. Accordingly,

IT IS ORDERED that plaintiff shall file a response to defendant's motion on or before January 7, 2011.

DATED this 17th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court